SCHEDULE A
MDL No. 2894 - IN RE: LKQ CORPORATION AFTERMARKET AUTOMOBILE GRILLE TRADEMARK LITIGATION
District of Delaware
LKQ CORPORATION, ET AL. v. FCA US LLC, C.A. No. 1:19-00054
District of District of Columbia
LKQ CORPORATION, ET AL. v. UNITED STATES OF AMERICA, ET AL., C.A. No. 1:18-01562
Southern District of Georgia
UNITED STATES OF AMERICA v. 324 AUTOMOTIVE GRILLES, C.A. No. 4:18-00195
UNITED STATES OF AMERICA v. 25 AUTOMOTIVE GRILLES, C.A. No. 4:19-00096